# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.:2:14-mj-00737-GWF |
| )  | |
| Plaintiff,       ) | |
| )  | |
| vs.       ) | STIPULATION TO CONTINUE |
| )  | BENCH TRIAL |
| CURTIS ALLSOP,       ) | (Second Request) |
| )  | |
| Defendant.       ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Adam Vander Heyden, Esquire, counsel for defendant **CURTIS ALLSOP**, that the bench trial in the above-captioned matter, currently scheduled for April 29, 2015, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.      The parties are still trying to resolve this matter and need additional time to do so.

2.      Defendant is out of federal custody and agrees to the continuance.

3.      Denial of this request for continuance could result in a miscarriage of justice.

1

4.      There has been one previous request for continuance of the bench trial granted herein.


DATED this 27th  day of April, 2015.


                                                Respectfully submitted,

                                                DANIEL G. BOGDEN
                                                United States Attorney

/s/ Adam Vander Heyden                           /s/ Nadia Ahmed

ADAM VANDER HEYDEN, ESQ.                          NADIA AHMED
Counsel for defendant                            Special Assistant United States Attorney
**CURTIS ALLSOP**

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 2:14-MJ-00737-GWF |
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING |
| | ) BENCH TRIAL |
| CURTIS ALLSOP, | ) |
| Defendant. | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for April 29, 2015, at the hour of 9:00 a.m., be vacated and continued to _____ Wednesday, June 3 _____, 2015, at the hour of 9:00 a.m.

DATED this ____28th____ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3